# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT EARL HUMPHREY, on behalf of himself and all others similarly situated,<br>      Plaintiff,<br><br>v.<br><br>CBSI COLLECTION SERVICES,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:17-cv-696-WKW-WC<br>)<br>)<br>) |

## STIPULATION AND JOINT REQUEST FOR DISMISSAL OF NAMED PLAINTIFF WITH PREJUDICE AND PUTATIVE CLASS WITHOUT PREJUDICE

The undersigned parties hereby stipulate and agree pursuant to F.R.C.P 41(a)(1)(A)(2) the claims of the named Plaintiff in this action be and hereby are dismissed with prejudice, and the claims of the putative class in this action be and hereby are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: February 1, 2018.

RESPECTFULLY SUBMITTED,

*/s/ Diane L. Mulligan*
Diane L. Mulligan
(Pro Hac Vice NJ Bar No. 015541989)
*Attorney for Robert Earl Humphrey*
**LAW OFFICES OF MICHAEL LUPOLOVER**
120 Sylvan Avenue, Suite 303
Englewood Cliffs, NJ 07632
T: (201) 461-0059
dm@lupoloverlaw.com

*/s/ Brian C. Richardson*
F. Lane Finch, Jr. (ASB-0027-I58F)
Brian C. Richardson (ASB-5241-H14U)
*Attorneys for Credit Bureau Systems, Inc.*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2401
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

2