IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT EARL HUMPHREY, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.1:17-CV-696-WKW ) |
| CBSI COLLECTION SERVICES, | ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is the parties' Joint Stipulation of Dismissal (Doc. # 14), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. By operation of Rule 41 and on the terms agreed to and set out by the parties, this action has been dismissed with prejudice as to the claims of Robert Earl Humphrey and without prejudice as to the claims of the putative class.

The Clerk of the Court is DIRECTED to close this case.

DONE this 5th day of February, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE